Michael SINDRAM, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7075.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

Katherine A. Helm, Simpson Thacher & Bartlett, LLP, of New York, NY, argued for claimant-appellant.

Scott D. Austin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Nelson R. Richards, Trial Attorney. Of counsel on the brief were F. John Brizzi, Jr., Deputy Assistant General Counsel, and Michelle D. Bernstein, Attorney, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, MOORE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**